

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00085-CR

| | | |
|---|---|---|
| Jerry Paul Lundgren | § | From County Court at Law |
| | § | of Wise County (CR-66896) |
| v. | § | August 21, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REMAND

This appeal is on remand from the Court of Criminal Appeals.

This court has again considered the record on appeal in this case and holds that the trial court erred. It is ordered that the trial court's order denying Appellant's motion to quash is reversed and the the motion to revoke Appellant's community supervision is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel_____
      Justice Lee Gabriel